# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZENG YIJUAN,<br><br>　　Petitioner<br><br>v.<br><br>JEFFREY A. ROSEN, et al.,<br><br>　　Respondents | Case No.: 2:21-cv-00221-APG-VCF<br><br>**Order** |

　　After I granted petitioner Zeng Yijuan's motion to appoint counsel but before counsel appeared in this case, Yijuan filed a motion to withdraw the petition. ECF No. 6. Yijuan's motion indicates Yijuan has been released from custody so the petition is now moot. Subsequently, counsel made an appearance in the case. ECF No. 7.

　　I THEREFORE ORDER counsel for Yijuan to file a notice whether I should (1) grant the motion to withdraw and close the case, or (2) ignore the motion to withdraw, in which case counsel must explain why this case is not moot. If nothing further is filed on Yijuan's behalf by March 3, 2021, I will grant the motion to withdraw the petition and close this case.

　　DATED this 19th day of February, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE