# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Zeng Yijuan, | Case No.: 2:21-cv-00221-APG-VCF |
| Petitioner, | |
| v. | **Order** |
| Jeffrey A. Rosen, et al., | |
| Respondents. | |

In response to my order of February 19, 2021 (ECF No. 8), counsel for petitioner Zeng Yijuan has filed a notice requesting that I grant Ms. Zeng's pro se motion to withdraw her petition for a writ of habeas corpus in this case. ECF No. 9. Having received counsel's confirmation, I will grant the motion.

I THEREFORE ORDER that the motion to withdraw the petition for a writ of habeas corpus (ECF No. 6) is GRANTED. This case is dismissed without prejudice.

I FURTHER ORDER the Clerk of Court to close this case.

Dated: February 23, 2021

_____
U.S. District Judge Andrew P. Gordon